[No. 27957-0-III. Division Three. February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY ALAN WOLFE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 09-1-00019-5, Richard W. Miller, J. Pro Tem., entered March 16, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 28230-9-III. Division Three. February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ANGEL NAVARRO, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 06-1-00083-8, Richard W. Miller, J., entered June 22, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 59975-5-I. Division One. March 1, 2010.]

*In the Matter of the Personal Restraint of* GARTH D. SNIVELY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lau, J., concurred in by Grosse and Leach, JJ.

[No. 61923-3-I. Division One. March 1, 2010.]

*In the Matter of the Detention of* CURTIS MARTEN.

Appeal from a judgment of the Superior Court for King County, No. 03-2-16262-1, Palmer Robinson, J., entered June 12, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Ellington, JJ.